DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CRISTOBAL CHAVEZ-SOLANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:09-cr-00462 OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE HEARING, AND ORDER THEREON |
| ) | |
| v. ) | |
| ) | |
| CRISTOBAL CHAVEZ-SOLANO, ) | Date:   August 23, 2010 |
| ) | Time:   9:00 a.m. |
| Defendant. ) | Judge: Hon. Oliver W. Wanger |
| ) | |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kimberly Sanchez, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Cristobal Chavez-Solano, that the hearing currently set for July 6, 2010, **may be rescheduled as follows: Defendant to file motions by July 26, 2010; Government response by August 16, 2010; and hearing on August 23, 2010 at 9:00 a.m.**

The reason for this request is that Defendant needs additional time to prepare motions.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(i) and (iv).

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: July 1, 2010                              By: /s/ *Kimberly Sanchez*

                                                        Kimberly Sanchez
                                                        Assistant United States Attorney
                                                        Counsel for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Defender

DATED: July 1, 2010                              By: /s/ *Victor M. Chavez*
                                              VICTOR M. CHAVEZ
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              Cristobal Chavez-Solano

                                              IT IS SO ORDERED.

**Dated:   July 1, 2010**                          /s/ **Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE